AO 440 (Rev. 05/00) Summons in a Civil Action



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

NOTRE DAME AFFORDABLE HOUSING
and CHARLENE M. MARSH

V.

CITY OF CHICAGO, JUDITH FRYLAND, COMMISSIONER,
DEPARTMENT OF BUILDINGS, CITY OF CHICAGO, GRANT
ULLRICH, DEPUTY COMMISSIONER, DEPARTMENT OF BUILDINGS,
CITY OF CHICAGO, DELTA DEMOLITION, INC., AND AS YET
UNKNOWN JOHN AND JANE DOE DEFENDANTS

CASE NUMBER: 1:18-cv-08116

ASSIGNED JUDGE: Hon. Charles R. Norgle, Sr.

DESIGNATED
MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

DELTA DEMOLITION, INC.
C/O REGISTERED AGENT
JEFFREY M FINUCANE
6832 W NORTH AVE-STE 1A
CHICAGO, IL 60707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

M. Cpell

(By) DEPUTY CLERK



December 11, 2018

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08116

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Notre Dame Affordable Housing & Charlene Marsh v Delta Demolition
was received by me on *(date)* 12/11/2018 .

☐ I personally served the summons on the individual at *(place)* 6832 W. North Ave., Suite 1A, Chicago, IL 60707
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Julie McClelland , who is
designated by law to accept service of process on behalf of *(name of organization)*
Delta Demolition on *(date)* 12/13/2018 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2018

*Server's signature*

Glenn David - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: