IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NOTRE DAME AFFORDABLE HOUSING, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al.* <br><br> Defendants. | Case No. 18-cv-8116 <br><br> Hon. Charles Norgle |

### CITY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants City of Chicago, City of Chicago Department of Buildings Commissioner Judith Frydland, and Deputy Commissioner Grant Ullrich (the "City Defendants"), by their counsel, Edward N. Siskel, Corporation Counsel for the City of Chicago, respectfully request an extension of time to file an answer or otherwise plead. In support of their motion, City Defendants state as follows:

1. On December 11, 2018, Plaintiffs filed the instant eleven-count Complaint, alleging a variety of constitutional and federal claims under 42 U.S.C. §§ 1981, 1982, 1983, 1985, and 1986, as well as state-law claims.

2. On December 14, 2018, proof of service was filed on the ECF docket, averring that service on defendants Frydland and Ullrich (the "Individual Defendants") was effectuated on December 12, 2018, and that service on the City of Chicago was effectuated on December 13, 2018.

3. It is City Defendants' position that service was not properly effectuated on the Individual Defendants, as the summons was delivered to an individual at the Department of

Buildings and the Individual Defendants have not authorized anyone to accept service on their behalf.

4. The deadline to answer for the City of Chicago is January 3, 2019. The deadline for the Individual Defendants is listed on the ECF docket as January 2, 2019, though it is their position that they have not yet been served.

5. Counsel to City Defendants has requested that Plaintiffs deliver waiver of service forms to the Individual Defendants to facilitate proper service.

6. Due to the number and variety of claims Plaintiffs have brought and the answer deadline coming shortly after the holiday season, City Defendants require more time to investigate this matter and prepare a response. City Defendants also request more time in order to permit the parties to attempt to resolve the service issue and permit a potential joint response on the merits. Thus, the City of Chicago respectfully requests that its deadline to respond be extended by thirty-four (34) days, to February 6, 2019.

7. While the Individual Defendants do not believe they are currently required to answer due to the failure to serve them and reserve all rights regarding that issue, they join in this extension request out of an abundance of caution.

8. This is City Defendants' first request for an extension of time.

9. City Defendants conferred with Plaintiffs' counsel regarding this request by leaving a voicemail yesterday and via a telephone conversation and email today. Plaintiffs' counsel informed City Defendants' counsel that he was awaiting input from his client regarding the extension request. However, due to the approaching deadline, City Defendants are filing the motion today.

WHEREFORE, for the foregoing reasons, the City Defendants respectfully request that the Court grant an extension of time to file an answer or other pleading up to and including February 6, 2019.

Date:   December 28, 2018                                  Respectfully submitted,

JENNIFER ZLOTOW                                            EDWARD N. SISKEL,
jennifer.zlotow@cityofchicago.org                          Corporation Counsel for the City of Chicago
City of Chicago, Department of Law                         By:     /s/ *Jennifer Zlotow*
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-0740

*Attorney for City Defendants*

WHEREFORE, for the foregoing reasons, the City Defendants respectfully request that the Court grant an extension of time to file an answer or other pleading up to and including February 6, 2019.

Date:   December 28, 2018                                  Respectfully submitted,

JENNIFER ZLOTOW                                            EDWARD N. SISKEL,
jennifer.zlotow@cityofchicago.org                          Corporation Counsel for the City of Chicago
City of Chicago, Department of Law                         By:     /s/ *Jennifer Zlotow*
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-0740

*Attorney for City Defendants*