**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NOTRE DAME AFFORDABLE HOUSING, Inc. and CHARLENE M. MARSH, | |
| Plaintiffs, | Case No. 1:18-cv-08116 |
| v. | Honorable Judge Charles R. Norgle, Sr. |
| CITY OF CHICAGO,. et al. | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO CITY DEFENDANTS' MOTION**
**FOR LEAVE TO FILE IN EXCESS OF FIFTEEN PAGES, REQUEST TO PROVIDE**
**PLAINTIFFS WITH A SIMILAR EXTENSION AND TO SET A BRIEFING SCHEDULE**

Plaintiffs, NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH, hereby consent to the City Defendants' "Motion For Leave To File In Excess of Fifteen Pages" (Dkt.16) and seeks leave of court (provisionally) to seek a similar extension:

1.      The City Defendants' "Motion For Leave To File In Excess of Fifteen Pages" ("Motion for Leave") seeks to file a Memorandum. For the reasons set forth in the City Defendants' Motion For Leave (Dkt. 16).

2.      In conformance with Federal Rule of Civil Procedure 1, which provides that the Federal Rule of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding," Plaintiffs consent to the relief sought by the City Defendants' Motion for Leave.

3.      Plaintiffs also believe that consenting to this motion and submitting a proposed briefing schedule comports with FRCP 1 as it avoids requiring counsel of record, the Court and related employees from having to attend court, only to have the Court grant the motion upon reviewing it on the bench and/or granting after hearing that Plaintiffs consent to the Motion for Leave. Because of the lengthy of the City Defendants' Memorandum, Plaintiffs propose the

following schedule: (a) respond to the City Defendants' Motion to Dismiss or submit a First Amended Complaint by March 15, 2019 (28 days); and (b) City Defendants' file their reply by March 29, 209 (14 days following Plaintiffs' response), to the extent a response is filed.

4.      In conformance with FRCP 1, and to avoid having to file a similar motion, should this Court desire to grant the City Defendants' Motion for Leave to file a twenty-four page Memorandum of Law, Plaintiffs respectfully request that the minute order issued by the Court should reflect that Plaintiffs will be given a similar page extension, but up to, and including twenty five pages of argument. Plaintiffs seeks an additional page because The City Defendants' Motion to Dismiss the Complaint (Dkt. 15) is three pages long (including abbreviated caption, but not including the Motion's wherefore clause and signature line)

5.      This Court has set a status hearing for March 8, 2019, at 10:30 a.m. Given the proposed briefing schedule, this Court may be inclined to move this status date to sometime after the motion is fully briefed.

6.      Plaintiffs' counsel has filed this document in this late hour (after 11:00 p.m.) because he has an emerging personal matter that may prevent him from attending tomorrow/Friday's motion call, and setting forth Plaintiffs' consent and proposed relief compots with FRCP 1, and not prejudice any party.

7.      Finally, it is worth noting that Defendant DELTA DEMOLITION, INC. has retained counsel and counsel for "Delta" has reached out to counsel Plaintiffs to indicate that counsel for Delta will be filing appearances in the near future.

**WHEREFORE**, for the reasons set forth above, Plaintiffs consent to the City Defendants' Motion For Leave To File In Excess of Fifteen Pages" and ask this Court to grant: (**a**) Plaintiffs up to twenty-five pages to response; (**b**) allow Plaintiffs until March 15, 2019, to submit a First

Amended Complaint or until March 15, 2019, respond to the City Defendants' Motion to Dismiss;

(**c**) grant the City Defendants' until March 29, 2019, to file their reply to the extent a response is

filed.


Dated: January 15, 2019

       Respectfully submitted,
*Counsel for Plaintiffs*

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5456
(630) 575-8188 (fax)
jvlahakis@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, certifies that on February 13, 2019, he caused the above document to be filed with the U.S. District Court's ECF filing system which shall submit a copy of this filed document to opposing counsel.

Respectfully submitted,

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181
(630) 575-8188 (fax)