**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NOTRE DAME AFFORDABLE HOUSING,
Inc. and CHARLENE M. MARSH,

Plaintiffs,

v.

CITY OF CHICAGO,. et al.

Defendants.

Case No. 1:18-cv-08116

Honorable Judge Charles R. Norgle, Sr.

**PLAINTIFFS' FIRST MOTION TO EXTEND TIME TO RESPOND TO CITY
DEFENDANTS' MOTION TO DISMISS AND TO SEEK ADDITIONAL PAGES**

NOW COME the Plaintiffs, NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH, by and through their undersigned counsel, and pursuant to FRCP 6(b)(1)(A), move for an extension of time to respond to the City Defendants' Motion to Dismiss:

1.     The City Defendants' filed a 4-page motion to dismiss and 24 page memorandum of law in support.   Dkt. 15,

2.     In light of the length of the City Defendants' Memorandum and in light of other professional obligations, Plaintiffs seek until March 15, 2019, to respond to the City Defendants' Motion to Dismiss or file a First Amended Complaint.  If Plaintiffs respond to the Motion to Dismiss or amend the operative Complaint, the City Defendants should be afforded 14 days to reply.  See, FRCP 15(a)(1)(B) and FRCP 15(a)(3).

3.     Further, despite due diligence, other work deadlines will prevent Plaintiffs from meeting the March 8, filing deadline.  In part, Plaintiff's counsel's work schedule has been impacted by his involvement in discovery as appointed counsel in the case of *In Re Apple Device Performance Litigation*, 18-md-02827 (N.D. Cal. May 15, 2018). Further, Mr. Vlahakis has been completing discovery, taking deposition and/or defending depositions in two putative class actions,

*Goodman v. Asset Acceptance, LLC, et al*, 18-cv-1667 (D. Co.) and *Brunett v. Convergent Outsourcing, Inc.*, 18-cv-00168 (E.D. Wis.). Additionally, on March 4, 2018, Mr. Vlahakis completed a settlement conference in the putative class action based case of *Molinari v. Financial Asset Management Systems, Inc.*, 18-cv-1526 (N.D. IL).

4. Additionally, because the City Defendants sought and obtained leave of court to file a 24 page Memorandum of Law, Plaintiffs seek a similar amount of pages for their Response in Opposition should they choose to respond as opposed to amend the operative complaint.

5. Should the Court be inclined to grant this relief, it may desire to vacate and reset the March 8, 2019, status date for a later date.

**WHEREFORE**, for the reasons set forth above, Plaintiffs seek (a) until March 15, 2019, to submit a First Amended Complaint or until March 15, 2019, to respond to the City Defendants' Motion to Dismiss; (b) grant up to 24 pages to respond to the City Defendants' Motion to Dismiss; and (c) vacate the March 8, 2019, status date.

Respectfully submitted,
*Counsel for Plaintiffs*

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5456
(630) 575-8188 (fax)
jvlahakis@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, certifies that on March 5, 2019, he caused the above document to be filed with the U.S. District Court's ECF filing system which shall submit a copy of this filed document to opposing counsel.

Respectfully submitted,

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181
(630) 575-8188 (fax)