AO 440  (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

NOTRE DAME AFFORDABLE HOUSING,
INC. and CHARLENE M. MARSH,

|  |  |
|---|---|
| **CASE NUMBER:** | 1:18-cv-08116 |

V.

|  |  |
|---|---|
| **ASSIGNED JUDGE:** | Hon. Charles R. Norgle, Sr. |

CITY OF CHICAGO, JUDITH FRYLAND, COMMISSIONER,
DEPARTMENT OF BUILDINGS, CITY OF CHICAGO, GRANT
ULLRICH, DEPUTY COMMISSIONER, DEPARTMENT OF BUILDINGS,
CITY OF CHICAGO, DELTA DEMOLITION, INC., DENNIS RAFAEL
AND AS YET UNKNOWN JOHN AND JANE DOE DEFENDANTS

|  |  |
|---|---|
| **DESIGNATED** **MAGISTRATE JUDGE:** | Hon. Young B. Kim |

TO: (Name and address of Defendant)

DENNIS RAFAEL
30 NORTH LASALLE STREET, ROOM 800
CHICAGO, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

March 25, 2019
_____
DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08116

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Notre Dame Affordable Housing & Charlene Marsh v Dennis Rafael

was received by me on *(date)*          03/25/2019          .

☑ I personally served the summons on the individual at *(place)*     Dennis Rafael

2759 Bellwood Ave., Melrose Park, IL 60164          on *(date)*     12 May 2019     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____          on *(date)* _____     ; or

☐ I returned the summons unexecuted because _____     ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     05/12/2019

_Server's signature_

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc. - 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585

_Server's address_

Additional information regarding attempted service, etc: