UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOTRE DAME AFFORDABLE HOUSING, Inc. and CHARLENE M. MARSH, Plaintiffs, v. CITY OF CHICAGO,. et al. Defendants. | Case No. 1:18-cv-08116 Honorable Judge Charles R. Norgle, Sr. |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE 2ND AMENDED COMPLAINT INSTANTER**

Plaintiffs, NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH, by and through their undersigned counsel, and pursuant to FRCP 6(b)(1)(A), submit the following in support of Plaintiffs' Reply in support of their motion to extend the time to respond to City Defendants' Motion to Dismiss:

1. Federal Rule of Civil Procedure 15(a) provides that where a party opposes an amendment, "[t]he court should freely give leave when justice so requires." As one court has aptly explained:

> Amalgam of the foregoing standards results in a clear favoring of allowance of amendments in order to present all matters involved in the case to the court at trial, so that "justice" can be done based upon all circumstances and legal theories which can properly be advanced before the court. This overriding policy is tempered by considerations of improper motives on the part of the party proposing the amendment; futility of the amendment; or undue prejudice to the opposing party by virtue of allowance of the amendment. A fourth factor, less pertinent than the previously designated three factors, is delay in seeking the amendment; however, delay is not in and of itself a reason for denying a Rule 15(a)(2) motion.

*Gouveia v. TC Invs., LLC,* 2010 Bankr. LEXIS 4953, *9-*10 (N.D. Ind. Bk. Dec. 6, 2010) (granting leave to amended complaint asserting an action under 11 U.S.C. § 548(a)(1)(A)).

2. Plaintiffs' Second Amended Complaint was due to be filed by June 7, 2019. Due to competing work deadlines, including the preparation of oral argument before the Seventh Circuit on May 29, 2019, follow up briefing before the Seventh Circuit, a pre-trial order in a Colorado based case, and discovery and amended pleadings in a California based MDL proceeding, and family commitments relative to graduations and a memorial service for a grandmother-in-law, Plaintiffs' counsel was unable to finalize the Second Amended Complaint until 9 am on June 8, 2019.

3. Good cause exists to grant Plaintiffs leave and no harm or prejudice will result from the 9 hour delay in filing. The proposed Second Amended Complaint is attached as Exhibit A.

WHEREFORE, for the reasons set forth above, Plaintiffs request that they be granted leave of court to file their Second Amended Complaint instanter, nuc pro tunc.

 Respectfully submitted,
*Counsel for Plaintiffs*

/*s/ James C. Vlahakis*
    Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 581-5456
(630) 575-8188 (fax)
jvlahakis@sulaimanlaw.com

CERTIFICATE OF SERVICE

The undersigned, certifies that on June 8, 2019, he caused the above document to be filed with the U.S. District Court's ECF filing system which shall submit a copy of this filed document to opposing counsel.

Respectfully submitted,

/s/ James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181
(630) 575-8188 (fax)