UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, JUDITH FRYLAND, COMMISSIONER, DEPARTMENT OF BUILDINGS, CITY OF CHICAGO, GRANT ULLRICH, DEPUTY COMMISSIONER, DEPARTMENT OF BUILDINGS, CITY OF CHICAGO, DELTA DEMOLITION, INC., DENNIS RAFAEL, CORVEL CORPORATION and AS YET UNKNOWN JOHN AND JANE DOE DEFENDANTS,<br><br>   Defendants. | Case No: 1:18-cv-08116<br><br>Honorable Judge Charles R. Norgle |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE AND MOTION TO EXCEED PAGE LIMIT**

NOW COMES Plaintiffs NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH ("Plaintiffs"), by and through their attorney, James C. Vlahakis of Sulaiman Law Group, Ltd., bringing their Unopposed Motion to Modify Briefing Schedule for Defendants' Motions to Dismiss and Motion to Exceed Page Limit, and in support states as follows:

   1.   On August 19, 2019 Defendants Corvel Corporation and Dennis Rafael, Delta Demolition, Inc., and City of Chicago, Judith Frydland, Comissioner of the City's Department of Buildings, and Grant Ullrich, Deputy commissioner of the City's Department of Buildings filed their Motions to Dismiss [Dkts. 72, 75, 78].

1

2. On August 22, 2019, the Honorable Charles R. Norgle ordered Plaintiffs' responses to the Motions to Dismiss to be filed by September 13, 2019, and Defendants' replies to be filed by September 20, 2019 [Dkt. 81].

3. Due to the oversized nature of the various motions and other work commitments, the undersigned respectfully requests an additional 14 days, through September 27, 2019, to file Plaintiffs' responses to Defendants' Motions to Dismiss.

4. This is the first extension sought by Plaintiff and this motion is brought in good faith. Granting the relief sought will not prejudice any party.

5. Plaintiffs further seek leave of Court to file responses of up to 20 pages, should Plaintiffs need the additional pages. Plaintiffs' counsel does not know if the additional five pages are needed at this time, but to avoid having to burden this Honorable Court with a future motion to seek leave, Plaintiff is seeking leave at this time. With that being said, Plaintiffs' counsel will endeavor to operate within 15 pages and will not utilize any additional pages unless absolutely necessary.

6. Plaintiffs' counsel conferred with Defendants' counsel prior to filing this motion and counsel for the City of Chicago Defendants, Defendant Corvel Insurance, Defendant Dennis Rafael, and Defendant Delta Demolition consent to the proposed relief.

7. In return, the City of Chicago Defendants, Defendant Corvel Insurance, Defendant Dennis Rafael, and Defendant Delta Demolition Defendants have asked Plaintiff to ask this Court to extend the previously set one week reply due date to a three week reply, which would cause the Defendants' replies to due on October 18, 2019.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order modifying the briefing schedule on Defendants' Motions to Dismiss, allowing Plaintiffs to file their responses

to Defendants' Motions to Dismiss by September 27, 2019 and extending the due date for the replies of City of Chicago Defendants, Defendant Corvel Insurance, Defendant Dennis Rafael, and Defendant Delta Demolition to October 18, 2019. Plaintiffs further request that they be granted leave to file responses up to 20 pages in length, and for any other relief this Court deems just and proper.

Dated: September 13, 2019          Respectfully submitted,

/s/ *James C. Vlahakis*
James C. Vlahakis
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 581-5456
Fax: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS was electronically filed with the Clerk of the Court using the CM/ECF system on this 12th day of September, 2019, which constitutes service on counsel of record.

                                              /s/ James C. Vlahakis