UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTRE DAME AFFORDABLE HOUSING,
INC. and CHARLENE M. MARSH,

    Plaintiffs,

v.

CITY OF CHICAGO, et al,

    Defendants.

Case No: 1:18-cv-08116

Honorable Judge Charles R. Norgle

## AMENDED MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs NOTRE DAME AFFORDABLE HOUSING, INC. and CHARLENE M. MARSH ("Plaintiffs"), by and through their attorney, James C. Vlahakis submit the following Amended Motion[1] to Modify Briefing Schedule and in support state as follows:

1. By way of a prior motion to modify the briefing schedule [Dkt. 86], this Honorable Court modified the briefing schedule relative to the motions to dismiss field by Defendants Corvel Corporation and Dennis Rafael [Dkt. 72], Delta Demolition, Inc., [Dkt. 75] and the City of Chicago, Judith Frydland, and Grant Ullrich, (the "City Defendants") [Dkt. 78]. See, Dkt. 88, September 19, 2019 Minute Order. The Court's Minute Order extended the due date for Plaintiffs' responses to the Motions to Dismiss to September 27, 2019, and Defendants' replies to October 18, 2019 [Dkt. 88].

2. Due to other work commitments, on Friday, September 27, 2019, with the agreement of all Defendants, counsel for the Plaintiffs filed a motion to extend Plaintiffs' responses to the three motions to dismiss until, Monday, September 30. 2019. Defendants Corvel

---

[1] Plaintiff originally moved to extend by way of Dkt. 89.

1

Corporation and Dennis Rafael [Dkt. 72], Delta Demolition, Inc., agree to the relief sought without reservation, and in exchange, Plaintiff asked that this Court extend the due date Defendants' replies from October 18, 2019, to October 21, 2019 (three weeks after Plaintiffs' responses were to be filed). See Dkt. 89, Agreed Motion.

3. The City Defendants agree to Plaintiffs' requested additional extension so long as Plaintiff represented that this would be their the final request (to the City Defendants). Reluctantly, Plaintiffs' counsel agreed to the City Defendants' condition, despite the fact that in agreeing to grant Plaintiff a prior extension (filed on September 13, 2019, as Dkt. 86, Plaintiff agreed to provide Defendants with three weeks to file their replies, where the Court had provided the Defendants with one week in which to file their replies. Dkt. 81.

4. Plaintiffs seek one additional day to file their response briefs due to a family emergency suffered by Plaintiff's counsel[2]. This event was not anticipated and should operate to alter the representation made by Plaintiffs' counsel to counsel for the City Defendants relative to the City Defendants' agreement with the relief sought if Plaintiffs' counsel sought no further extensions. Under the circumstances, Plaintiffs' counsel has been unable to finlize his clients' response brief and good cause exists pursuant to FRCP 6(b)(1)(A). Becausae of the events in question, Plaintiffs' counsel was unable to reach out to defense counsel prior to filing this Motion.

5. Granting the relief sought will not prejudice *any* party.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order (**a**) grating Plaintiff until Tuesday, October 1. 2019, to respond to Defendants' Motions to Dismiss and (**b**)

---

[2] While traveling to work on the morning of September 30, 2019, that his father was taken to the emergency room in response to a fall. Plaintiff's counsel's father, his sole remaining parent, is 1992 and lives in Lansing, MI. For many hours on today's date, Plaintiff's counsel spoke with various treatment providers and family members relative to his father's care and treatment.

2

extending until October 22, 2019 (one additional day from Plaintiffs' prior Agreed Motion), the time for Defendants Corvel Insurance Corporation, Dennis Rafael, Defendant Delta Demolition, Inc., the City of Chicago, Judith Frydland, and Grant Ullrich to file their replies in support of their motions to dismiss.

Dated: September 30, 2019            Respectfully submitted,

                                                   /s/ *James C. Vlahakis*
James C. Vlahakis
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 581-5456
Fax: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing AMENDED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS was electronically filed with the Clerk of the Court using the CM/ECF system on September 30, 2019, which constitutes service on counsel of record.

                                                        /s/ James C. Vlahakis