IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

NOTRE DAME AFFORDABLE HOUSING, INC.
and CHARLENE M. MARSH,

        Plaintiffs,

v.

CITY OF CHICAGO, et al.,

        Defendants.

Case No. 18-CV-08116

Judge Charles R. Norgle

## ORDER

Plaintiffs are granted leave to file a response to the City Defendants' reply memorandum in support of their motion to dismiss. Any supplemental submission by Plaintiffs shall be filed no later than November 15, 2019.

    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: October 25, 2019